

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of T.D.L., a child,

No. 11-22-00005-CV

* From the 266th District Court
of Erath County,
Trial Court No. CV 36775.

* June 15, 2023

* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Kourtney Voight.